**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUJANA SKYERS, TORY SKYERS, THE CONJUGAL PARTNERSHIP COMPOSED BY THEM,<br><br>Plaintiffs,<br><br>vs.<br><br>MGM GRAND HOTAL LLC DBA, MGM GRAND RISK MANAGEMENT GROUP,<br><br>Defendants. | Case No.:   2:15-cv-00620-JAD-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN**<br><br>**(FIRST REQUEST)** |

   IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants, by and through their undersigned counsel, that the discovery plan be extended 30 days beyond July 25, 2015, the discovery plan filing deadline as outlined in the in the Court Minute Order (Document 24).

    The reason for the extension is that the FRCP 26(f) Conference was delayed while Plaintiffs obtained and filed Cost Bonds as Ordered by the Court. The Cost Bonds have now been filed and an Answer was filed on   behalf of Defendants. An FRCP 26(f) Conference has now been scheduled for August 5, 2015.

   Pursuant to the Minute Order of this court filed 06/10/15, a Joint Discovery Plan was to be filed with the Court by 07/25/15.  Both Plaintiff and Defendant hereby respectfully request an extension of time of thirty (30) business days, until Tuesday, August 25, 2015, within which to file the Joint Discovery Plan.

1

DATED this 24th day of July, 2015.

| | |
|---|---|
| **LADAH LAW FIRM** | **MGM RESORTS INTERNATIONAL OPERATIONS** |
| */s/ Anthony L. Ashby, Esq.* | */s/ Troy Peyton, Esq.* |
| _____ | _____ |
| RAMZY PAUL LADAH, ESQ.<br>Nevada Bar No. 11405<br>ANTHONY L. ASHBY, ESQ.<br>Nevada Bar No. 4911<br>517 S. Third Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | Troy E. Peyton, Esq.<br>Nevada Bar No. 1188<br>71 East Harmon Ave<br>Las Vegas, NV 89109<br>tpeyton@mgmresorts.com<br>Attorneys for Defendants |

IT IS SO ORDERED.

DATED this 30th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**LADAH LAW FIRM**

*/s/ Anthony L. Ashby, Esq.*
_____
RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 4911
517 S. Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff