**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GUAJANA SKYERS, *et al.*,

        Plaintiffs,

vs.

MGM GRAND HOTEL LLC, *et al.*,

        Defendants.

2:15-cv-00620-JAD-VCF

**ORDER**

      Before the court is *Guajana Skyers, et al., vs. MGM Grand Hotel LLC, et al.*, case number 2:15-cv-00620-JAD-VCF. Defendant has filed several notices of depositions with the court. Under Local Rule 26-8, unless otherwise ordered by the court, notices of depositions are not to be filed on the court's docket.

      The court clerk is directed to strike the following notices of depositions from the court's docket: #31, #32, #36, #37, #38, #39, #40, #41, #42 and #43.

      DATED this 20th day of January, 2016.

                                                                     _____

                                                                     CAM FERENBACH
                                                                     UNITED STATES MAGISTRATE JUDGE