**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GUJANA SKYERS, *et al.*,<br><br>           Plaintiffs,<br><br>vs.<br><br>MGM GRAND HOTEL LLC, *et al.*,<br><br>           Defendants. | 2:15-cv-00620-JAD-VCF<br>**ORDER** |

      Before the court is the Stipulation and Order to Extend Discovery Deadlines and Scheduling Order (#45).

      IT IS HEREBY ORDERED that a hearing on the Stipulation and Order to Extend Discovery Deadlines and Scheduling Order (#45) is scheduled for 1:00 p.m., March 21, 2016, in courtroom 3D.

      DATED this 10th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE