SAO
Troy E. Peyton, Esq.
Nevada Bar No. 1188
William T. Martin, Esq.
Nevada Bar No. 2534
71 East Harmon Ave
Las Vegas, Nevada 89109
P: 702-692-9594
F: 702-692-9597
tpeyton@mgmresorts.com
wmartin@mgmresorts.com
Attorney for Defendant,

UNTIED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GUAJANA SKYERS, TORY SKYERS, THE CONJUGAL PARTNERSHIP COMPOSED BY THEM<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL LLC DBA, MGM GRAND RISK MANAGEMENT GROUP,<br><br>Defendants. | Case No.: 2:15-cv-00620-JAD-VCF<br><br>ECF No. 75 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel of record, that the above-referenced matter be dismissed with prejudice with each party to bear their respective costs and attorney's fees.

DATED this 15 day of June, 2017.

Troy E. Peyton, Esq.
Nevada State Bar No. 1188
71 East Harmon Ave
Las Vegas, Nevada 89109
Attorney for Defendant

DATED this 14 day of June, 2017.

LADAH LAW FIRM

Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
Anthony L. Ashby, Esq.
Nevada Bar No. 4911
517 S. Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED, that the above-referenced action is dismissed with prejudice, with all parties to bear their respective costs and attorney's fees.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
6-20-17

Submitted by:

/s/ Troy E. Peyton

Troy E. Peyton, Esq.
Nevada Bar No. 1188
William T. Martin, Esq.
Nevada Bar No. 2534
71 East Harmon Ave
Las Vegas, Nevada 89109
P: 702-692-9594
F: 702-692-9597
tpeyton@mgmresorts.com
wmartin@mgmresorts.com
Attorneys for Defendant